**FILED IN OPEN COURT**
ON 12/5/16

Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT

for the

EASTERN District of NORTH CAROLINA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:16-MJ-2008-JG |
| | ) | |
| RIGOBERTO DOMINGUEZ-ANICETO | ) | Charging District: NORTHERN DISTRICT OF FLORIDA |
| | ) | |
| *Defendant* | ) | Charging District's Case No. 3:15-MJ-126 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA ARROW FEDERAL BUILDING 100 NORTH PALAFOX STREET PENSACOLA, FLORIDA 32502 (850) 435-8440 | Courtroom No.: To Be Determined |
| | Date and Time: January 18, 2016 at 9:00 |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 5 December 2016

_____
*Judge's signature*

JAMES E. GATES, U.S. MAGISTRATE JUDGE
*Printed name and title*